Howard S. Tierney, Inc., and Howard S. Tierney, Respondents, v. Darwin R. James, Jr., Appellant.— Interlocutory judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

Katherine T. Maxwell, Appellant, v. George L. Maxwell, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Katherine T. Maxwell, Relator, Appellant, Respondent, v. George L. Maxwell and Another, Respondents, Appellants.— Order affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan and Cohn, JJ., dissent and vote to modify the order dated July 31, 1936, and entered August 4, 1936, by striking out the provision for the bond, on the ground that the provision in the order requiring a bond of $50,000 to be given by the mother to insure her keeping the child in this jurisdiction is too harsh; she is unable to furnish such a bond, and her inability to furnish it has resulted in depriving her of the partial custody of the child.

In the Matter of the Application of William E. Phillips, Petitioner, Respondent, for an Order against John J. McElligott, as Fire Chief and Commissioner of the Fire Department of the City of New York, Appellant.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed, on the authority of Matter of Sheridan v. McElligott (278 N. Y. 59) and Matter of Nash v. Brooks (276 id. 75). Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes for affirmance.

Robert J. Keegan, as Administrator, etc., of Mary C. Keegan, Deceased, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was an issue of fact upon the question of the defendant's negligence and the contributory negligence of plaintiff's intestate. We do not pass upon the question as to whether a verdict may have been directed under section 457-a of the Civil Practice Act. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes for affirmance.

American Woolen Company, Incorporated, Respondent, v. Charles Strachman, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ. [168 Misc. 184.]

In the Matter of Esther Insel (Also Known as Esther Insel Paley), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of Clarence E. Sutherland, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of John Bradshaw Thorne, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application by Charles W. Ballard for an Order against John L. Rice, Commissioner of Health of the City of New York and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.